# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.4:06CR476SNL |
| | ) | |
| LEOBARDO B. BARRAZA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After receiving and carefully reviewing the objections to the United States Magistrate Judge's Memorandum and Recommendation (#73), filed July 18, 2008,

**IT IS HEREBY ORDERED** that United States Magistrate Judge Terry I. Adelman's Memorandum and Recommendation (#65), filed July 8, 2008 is **SUSTAINED, ADOPTED** and **INCORPORATED** herein. Upon review of the Magistrate Judge's Memorandum and Recommendation, and the evidentiary hearing transcript, as well as relevant caselaw, the Court concurs with the Magistrate Judge's findings and recommendation.

**IT IS FINALLY ORDERED** that defendant's motion to suppress evidence and statements (#27) be and is **DENIED.**

Dated this __21st_____ day of July, 2008.

_____
SENIOR UNITED STATES DISTRICT JUDGE